IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GREGORY P. KRUSEC,

    Plaintiff,

  v.

Case No. 18-cv-120-jdp

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Gregory P. Krusec reversing the decision of Nancy A. Berryhill, Acting Commissioner of Social Security and remanding this case for further proceedings under sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

| s/ K. Frederickson, Deputy Clerk | January 28, 2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |